<hr/>

## DUCOURNAU et al v. LEVISTONES.

Decision in *Ducournau* v. *Levistones*, 2 An. 245, affirmed.

Where a suspensive appeal has been dismissed on account of the failure to file the record within three judicial days after the return day, the appellant cannot afterwards take a devolutive appeal from the same judgment.

APPEAL from the Third District Court of New Orleans, *Kennedy*, J. *Buisson*, for the plaintiffs.   *Collens*, for the appellant.   The judgment of the court was pronounced by

SLIDELL, J.   The Code of Practice is positive that if the appellant does not file the transcript seasonably, the appeal shall be considered as abandoned, and the appellant shall not be afterwards allowed to renew it.   C. P. 594.   4 La. 41.

The omission is attributed by the appellant to the fault of his attorney.   We stated, on a former occasion, that this could not be recognized as a ground of relief.   It is unnecessary to repeat the reasons then given.   See same case 3 An. p. 245.                                                                       *Appeal dismissed.*